IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-26-BR

RICHARD RAMSEY,

    Plaintiff,

v.

BIMBO FOODS BAKERIES
DISTRIBUTION, INC.; f/k/a
GEORGE WESTON BAKERIES
DISTRIBUTION, INC.,

    Defendant.

ORDER

    This matter comes before the court on defendant Bimbo Foods Bakeries Distribution, Inc., f/k/a George Weston Bakeries Distribution, Inc.'s ("defendant") motion for partial summary judgment. (DE # 79.) Plaintiff John T. Martin filed a response, (DE # 86), to which defendant replied, (DE # 92). This matter is ripe for disposition. For the reasons set forth in <u>Martin v. Bimbo Foods Bakeries Distribution, Inc.</u>, No. 5:14-CV-17-BR (E.D.N.C. Sept. 21, 2016), defendant's motion for partial summary judgment is DENIED.

    This 21 September 2016.

_____
W. Earl Britt
Senior U.S. District Judge